UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE LEO M. GORDON, JUDGE

|  |  |
|---|---|
| UTTAM GALVA STEELS LIMITED,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant,*<br><br>and<br><br>CALIFORNIA STEEL INDUSTRIES and STEEL DYNAMICS, INC.<br><br>*Defendant-Intervenors.* | Court No. 19-00044 |

**CONSENT MOTION FOR ERRATA FOR NON-CONFIDENTIAL JOINT APPENDIX ON SECOND REMAND COMMENTS & REPLY COMMENTS**

On behalf of Plaintiff Uttam Galva Steels Limited ("Uttam Galva") and pursuant to the U.S. Court of International Trade's Administrative Order No. 02-01 paragraph 4(d), we respectfully move this Court to accept this consent motion for errata and the attached corrected Non-Confidential Joint Appendix on Second Remand Comments and Reply Comments originally filed on March 22, 2021, ECF No. 58 ("Joint Appendix"). This errata corrects an incorrect case number in the caption on the cover of the Joint Appendix, changing it from "Court No. 16-00162" to "Court No. 19-00044."

Pursuant to Rule 7(b) of the Rules of this Court, on April 27, 2021, counsel for Plaintiff, Aman Kakar, consulted with Mollie Lenore Finnan, counsel for Defendant, who consented to

1

this motion. On April 26, 2021, counsel for Plaintiff, Aman Kakar, consulted with: Christopher Cloutier, counsel for Defendant-Intervenors, California Steel Industries and Steel Dynamics, Inc., who indicated that Defendant-Intervenors also consent to this motion.

A proposed order accompanies this motion as well as the attached corrected Joint Appendix.

                                                                    Respectfully submitted,

                                                                     **/s/ John M. Gurley**
                                                                     John M. Gurley
                                                                     Aman Kakar
                                                                     Arent Fox LLP
                                                                     1717 K Street, N.W.
                                                                     Washington, DC 20006
                                                                     Phone: (202) 857-6301

                                                                    *Counsel for Uttam Galva Steels Limited*

Dated: April 27, 2021

## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE LEO M. GORDON, JUDGE

| | |
|---|---|
| UTTAM GALVA STEELS LIMITED, | ) |
| *Plaintiff,* | ) |
| v. | ) |
| THE UNITED STATES, | ) **Court No. 19-00044** |
| *Defendant,* | ) |
| and | ) |
| CALIFORNIA STEEL INDUSTRIES and STEEL DYNAMICS, INC. | ) |
| *Defendant-Intervenors.* | ) |

## ORDER

Upon consideration of Plaintiff Uttam Galva Steels Limited's Motion for Errata for Non-Confidential Joint Appendix on Second Remand Comments and Reply Comments, it is hereby

**ORDERED** that Plaintiff's motion is GRANTED; and it is further

**ORDERED** that the attached corrected Non-Confidential Joint Appendix on Second Remand Comments and Reply Comments, originally filed on March 22, 2021, ECF No. 58, shall be deemed filed.

**SO ORDERED**.

_____
Leo M. Gordon, Judge

Dated: _____, 2021
New York, New York

AFDOCS/24048574.3