**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE LEO M. GORDON, JUDGE**

| | |
|---|---|
| UTTAM GALVA STEELS LIMITED,  )<br>  )<br>      *Plaintiff,*  )<br>  )<br>      v.  )<br>  )<br>THE UNITED STATES,  )<br>  )<br>      *Defendant,*  )<br>  )<br>      and  )<br>  )<br>CALIFORNIA STEEL INDUSTRIES, INC. and STEEL  )<br>DYNAMICS, INC.  )<br>  )<br>      *Defendant-Intervenors*.  )) | **Court No. 19-00044** |

## NOTICE OF APPEAL

Notice is hereby given that Uttam Galva Steels Limited, Plaintiff, in the above-named case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Uttam Galva Steels Limited v. United States*, Court No. 19-00044, slip op. 21-48 (Ct. Int'l Trade April 29, 2021), ECF No. 62; Judgment Order, Ct. No. 19-00044 (Ct. Int'l Trade April 29, 2021), ECF No. 63.

                                          Respectfully submitted,

                                          **/s/ John M. Gurley**
                                          John M. Gurley
                                          Diana Dimitriuc Quaia
                                          Aman Kakar

                                          ARENT FOX LLP
                                          1717 K Street, NW
                                          Washington, D.C. 20006
                                          Tel.: 202-857-6301

June 25, 2021                                           *Counsel to Uttam Galva Steels Limited*